STATE OF CONNECTICUT *v.* JERMAINE YOUNG

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 10 (AC 21587), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided March 28, 2002

LEVERN GRANT *v.* COMMISSIONER OF CORRECTION

The petitioner LeVern Grant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 484 (AC 21723), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Linda N. Howe*, assistant state's attorney, in opposition.

Decided March 28, 2002

STATE OF CONNECTICUT *v.* PABLO ANDRADES

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 905 (AC 21855), is denied.